**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RONALD CANNON,

       Plaintiff,

                                            Case No. 11-14663
v.                                          Hon. Lawrence P. Zatkoff

JAMES CANNON JR.,
STEVEN R. GELLER, NICOLE
KRUMMER, JOHN DINGELL
MEDICAL CENTER, WAYNE
COUNTY PROBATE COURT, and
CITY OF DETROIT,

       Defendants.
_____/

## ORDER

This matter is before the Court on Plaintiff's Motion to Enter Default Judgement of James Cannon Jr. [dkt 6]. On October 24, 2011, Plaintiff filed with the Court his Complaint and an application to proceed *in forma pauperis*. On November 18, 2011, the Court granted Plaintiff's application to proceed *in forma pauperis* and dismissed his Complaint for failure to state a claim upon which relief may be granted. On January 9, 2012, Plaintiff filed the instant Motion, seeking the Court's entry of default judgment against Defendant James Cannon, Jr. for his failure to answer the Complaint. As the Court *sua sponte* dismissed Plaintiff's Complaint for failure to state a claim on November 18, 2011, no answer from Defendant was necessary. Accordingly, Plaintiff's Motion is DISMISSED as moot.

IT IS SO ORDERED.

S/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated:  March 7, 2012

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on March 7, 2012.

S/Marie E. Verlinde
Case Manager
(810) 984-3290

2